# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0040. ROBERT R. JOHNSON v. THE STATE.**

In 2002, Robert R. Johnson pled guilty to multiple offenses. In 2011, Johnson filed a motion to vacate a void sentence, arguing that his indictment was void and raising a challenge to the grand jury. The trial court dismissed the motion, and Johnson filed both a direct appeal and discretionary application. Both were dismissed. See Case Nos. A12D0234 (Feb. 13, 2012) & A12A0946 (Mar. 7, 2012). In April 2021, Johnson again filed a pro se motion challenging the indictment and the grand jury. The trial court denied the motion, and Johnson filed this appeal. We lack jurisdiction for two reasons.

First, "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). Any appeal from an order denying or dismissing such a motion must be dismissed.  See id. at 218 (2); *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Second, "[i]t is axiomatic that the same issue cannot be relitigated ad infinitum." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) (punctuation omitted). Our prior dismissal orders in this case constitute the law of the case, and we are precluded from revisiting the issues previously litigated. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011).

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  08/23/2021 

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*